United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN RE PETITION FILED BY JOHN WILLIAM WALLACE,<br><br>Petitioner, | Case No. 3:15-mc-80282-LB<br><br>**ORDER CLOSING FILE**<br><br>[Re: ECF No. 1] |

The petitioner John William Wallace filed a document that 1) in part is handwritten and references trespass charges and 2) in part is a blank form request to Alameda County Social Services to pay rent directly to his landlord. The document does not specify any relief that Mr. Wallace requests; in any event, there is none that the court can order. The court thus closes the file.

This disposes of ECF No. 1.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION FILED BY JOHN WILLIAM WALLACE,<br><br>Petitioner, | Case No. 3:15-mc-80282-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John William Wallace
General Deliverly
San Francisco, CA 94142

Dated: November 17, 2015              Susan Y. Soong
                                       Clerk, United States District Court

                                       By: /s/ L. Scott
                                       Lashanda Scott, Deputy Clerk to the
                                       Honorable LAUREL BEELER